IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Natural Resources Defense Council,            )<br>                                                                     )<br>            Plaintiff,                                      )<br>                                                                     )<br>     v.                                                          )<br>                                                                     )<br>Andrew Wheeler, Administrator of the U.S.  )<br>Environmental Protection Agency, and         )<br>U.S. Environmental Protection Agency,        )<br>                                                                     )<br>            Defendants.                                  )<br>                                                                     )<br>_____) | Case No. 21-cv-461<br>ECF Case |

**RULE 7.1 DISCLOSURE STATEMENT
OF THE NATURAL RESOURCES DEFENSE COUNCIL**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Natural Resources Defense Council (a private, non-governmental party) certifies that there are no publicly held corporate parents, affiliates, and/or subsidiaries of said party.

Dated: January 19, 2021                    Respectfully submitted,

                                                             */s/ Aaron Colangelo*
                                                             Aaron Colangelo (*pro hac vice* motion pending)
                                                             Natural Resources Defense Council
                                                             1152 15th Street NW Suite 300
                                                             Washington, DC 20005
                                                             202-289-6868
                                                             Fax: 415-795-4799
                                                             acolangelo@nrdc.org

                                                             *Counsel for Plaintiff NRDC*