**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATURAL RESOURCES DEFENSE COUNCIL,

                Plaintiff,

-v-

MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

                Defendants.

No. 24 Civ. 461 (VEC)

**[PROPOSED]**
**STIPULATION AND ORDER**
**TERMINATING CONSENT DECREE**

---

WHEREAS, on December 7, 2021, the Court entered a consent decree (Dkt. No. 35 (the "Consent Decree")) resolving the claims in this matter;

WHEREAS, Paragraph 3 of the Consent Decree required the Environmental Protection Agency ("EPA") to "sign for publication in the Federal Register 'revisions' to the consumer confidence report regulations to comply with 42 U.S.C. § 300g-3(c)(4)(F)";

WHEREAS, Paragraph 8 of the Consent Decree provides that "[a]fter publication in the Federal Register of revisions to the consumer confidence report regulations as required by paragraph 3, this Consent Decree shall terminate and the action shall be dismissed with prejudice and without further action of the parties or the Court," but also provides that "EPA may move the Court for an order reflecting that such termination and dismissal has occurred"; and

WHEREAS, on May 14, 2024, the EPA Administrator signed for publication in the Federal Register "revisions" to the consumer confidence report regulations in compliance with Paragraph 3, *see* EPA, *Consumer Confidence Report Rule Revisions* (reflecting May 14, 2024 pre-publication Federal Register notice), *available at* https://www.epa.gov/ccr/consumer-confidence-report-rule-revisions, and the published rule appeared in the Federal Register on May 24, 2024, *see* 89 Fed.

1

Reg. 45,980 (May 24, 2024), *available at* https://www.govinfo.gov/content/pkg/FR-2024-05-24/pdf/2024-10919.pdf;

NOW THEREFORE, it is hereby stipulated and agreed by counsel for Plaintiff and counsel for EPA that pursuant to Paragraph 8 of the Consent Decree, the Consent Decree is terminated and the action dismissed.

COUNSEL FOR PLAINTIFF:   NATURAL RESOURCES
   DEFENSE COUNCIL

   By:  /s/ Cecilia Segal
   _____
   CECILIA SEGAL
   Natural Resources Defense Council
   111 Sutter Street, Floor 21
   San Francisco, CA 94104
   csegal@nrdc.org

COUNSEL FOR EPA:   DAMIAN WILLIAMS
   United States Attorney for the
   Southern District of New York

   By:  _____
   ZACHARY BANNON
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   Zachary.Bannon@usdoj.gov

SO ORDERED: on this _____ day of _____, 2024.

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE